sage
PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 08/11/2026, Mike Bell

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Northern District of Alabama .

Case number: 26-81532

Certificate number: ALN26-815324967950

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance